**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ROBERT DICICCO, individually and on behalf
of all others similarly situated,

                    Plaintiff,

    -against-                          19 **CIVIL** 11092 (ER)

                                          **JUDGMENT**

PVH CORPORATION,

                  Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo Endorsed Order dated October 2, 2020, the Court granted Defendant's motion to dismiss the complaint on September 2, 2020 and granted Plaintiff leave to amend the complaint by September 23, 2020. Plaintiff has not filed an amended complaint. Therefore Defendant's request to dismiss the case is granted with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

     October 2, 2020

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                     **Clerk of Court**
                                   **BY:**    *K. Mango*
                                                     _____
                                                       **Deputy Clerk**